# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | BILTMORE 24 INVESTORS SPE, LLC |
| **Case Number:** | 2:20-BK-04130-MCW          **Chapter:**  7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 16, 2020 10:00 AM   TELEPHONIC HRGS |
| **Courtroom Clerk:** | RENEE BRYANT |
| **Reporter / ECR:** | N/A |
| **Audio File Name:** | PHL01437140.MP3 |
| **Audio File Size:** | 43,383 KB |
| **Audio File Length:** | 01:32:33 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

---

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

---

## *Matters:*

**1)** DEBTORS' FIRST MOTION TO EXTEND EXCLUSIVE PERIOD WITHIN WHICH TO FILE DEBTORS' CHAPTER 11 PLAN
   **R / M #:**   189 / 0

**2)** PRELIMINARY HEARING ON TIG ROMSPEN US MASTER MORTGAGE LP'S MOTION FOR RELIEF FROM STAY AS TO THE FOLLOWING REAL PROPERTY: (I) UNDEVELOPED PARCEL AT 4640 N. 24TH ST., PHOENIX; (II) UNDEVELOPED PARCEL AT 4605 N. SCOTTSDALE RD., SCOTTSDALE AND ADJACENT 0.55-ACRE PARCEL; (III) UNDEVELOPED LEASEHOLD PARCEL AT 20855 N. 53RD ST., PHOENIX; (IV) APPROXIMATELY 5.92-ACRE UNDEVELOPED PARCEL SOUTH OF NE CORNER OF DEER VALLEY DR. AND 56TH ST., PHOENIX FILED BY TIG ROMSPEN US MASTER MORTGAGE LP
   **R / M #:**   150 / 0

**3)** DEBTORS' APPLICATION TO EMPLOY CUSHMAN & WAKEFIELD U.S., INC. AS REAL ESTATE BROKER AND OBJECTION THERETO
   **R / M #:**   176 / 0

**4)** GENERAL STATUS HEARING (AS SET IN OPEN COURT ON 8/25/2020)
   **R / M #:**   230 / 0

Case 2:20-bk-04130-MCW     Doc 266    Filed 09/16/20    Entered 09/17/20 07:34:10    Desc
Main document     Page 1 of 2

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

Case 2:20-bk-04130-MCW    Doc 266    Filed 09/16/20    Entered 09/17/20 07:34:10    Desc
Main document    Page 2 of 2